## BOARD OF COMMUNAL ACTION ORIENT NEIGHBORHOOD
### Permit No. 04736 of February 18, 1995

**THE UNDERSIGNED PRESIDENT OF THE BOARD OF COMMUNAL ACTION OF ORIENT NEIGHBORHOOD.**

# CERTIFIES

I personally know, have seen, had communication and interaction with Mr. DIEGO HUMBERTO RODRIGUEZ, who identifies himself with citizenship ID Card number ▮▮▮▮▮▮▮ of Buenaventura, and because of the direct knowledge that I have of him, I know and can attest to it, that he is a dweller of the neighborhood, that his behavior has been excellent, he also participates in the neighborhood's functions and helps children and elderly people, turning himself into a person with many social and participating qualities. This being the reason why I recommend him in ample manner for any required activity.

As evidence of the above statement, it is signed in the city of Buenaventura, on the ninth (9) day of September of the year 2020.

Kindly,


Signed illegible

_____

ALEJANDRA CUERO HERNANDEZ
President JAC (sic)
Phone. 311299454

## TO LIVE WITH DIGNITY