Stamp of a seal with
A bird on top.

## SECOND NOTARY

CIRCLE OF BUENAVENTURA

NIT: ▮▮▮▮▮▮

CALLE ▮▮▮▮▮▮

PHONES 240 0599 – 242 6097

E-MAIL: NOTA2BUN@GMAIL.COM

BUENAVENTURA – VALLE


EXTRA-PROCEDURAL STATEMENT BEFORE NOTARY

RECORD No.16002

IN THE CITY OF BUENAVENTURA, DEPARTMENT OF VALLE DEL CAUCA, REPUBLIC OF COLOMBIA, ON THE NINTH (9) **DAY** OF **THE MONTH OF SEPTEMBER** OF THE YEAR TWO THOUSAND TWENTY (2,020), BEFORE ME, **JORGE HERNANDO PINTO CASTAÑEDA** ACTING SECOND (2ND) NOTARY OF THE CIRCLE OF BUENAVENTURA, PURSUANT TO RESOLUTION 03497 DATED APRIL 22, 2020 APPEARED **HUBERTH MANTILLA,** IDENTIFIED WITH CITIZENSHIP ID CARD No. ▮▮▮▮▮▮ OF BUENAVENTURA ****************************************** WITH THE INTENT TO MAKE A STATEMENT FOR PRIVATE PURPOSES OF HER OWN, WHICH SHE DOES UNDER OATH, PURSUANT TO DECREE 1557 OF JULY 14, 1,989, AWARE OF THE PROVISIONS OF DECREE 2,150 OF 1995, CONCORDANT WITH THE PROVISIONS OF ARTICLE 299 OF THE CIVIL PROCEEDINGS CODE, SAID:************************************************************ MY FULL NAME: HUBERTH MANTILLA, WITH CITIZENSHIP ID CARD No. ▮▮▮▮▮▮ OF BUENAVENTURA****************** WITH RESIDENCE IN ORIENTE NEIGHBORHOOD BUENAVENTURA ****************************** WITH OCCUPATION IN VARIOUS TRADES**************************** WHO IN FULL CAPACITY OF JUDGEMENT MADE THE FOLLOWING STATEMENTS: <u>FIRST:</u> THAT ALL THE STATEMENTS PROVIDED IN THIS DOCUMENT ARE RENDERED UNDER OATH AND BEING AWARE OF THE LEGAL IMPLICATIONS THAT PERJURY CARRIES. <u>SECOND:</u> THAT SHE DOES NOT HAVE ANY SORT OF IMPEDIMENT TO RENDER THESE STATEMENTS UNDER OATH, WHICH SHE MAKES UNDER HER EXCLUSIVE RESPONSIBILITY. <u>THIRD:</u> THAT THE STATEMENTS PROVIDED HEREIN, FREE OF ANY PRESSURE AND SPONTANEOUSLY, WILL NOT BE SUBJECT TO CHANGES OR MODIFICATIONS IN THE FUTURE, ONCE UTTERED HERE AND DECLARED: THAT I KNOW, HAVE SEEN AND HAVE HAD COMMUNICATIONS WITH MRS. CARMEN JOHANA CANDELO RIASCOS, WITH CC# (sic) ▮▮▮▮▮▮ OF BUENAVENTURA WHO THE (sic) PERMANENT PARTNER OF MR. DIEGO HUMBERTO RODRIGUEZ, WHO IDENTIFIES HIMSELF WITH CITIZENSHIP ID CARD NUMBER ▮▮▮▮▮▮ OF BUENAVENTURA, AND THAT THEY HAVE BEEN LIVING TOGETHER FOR MORE THAN 5 YEARS UNDER THE SAME ROOF, OF THAT RELATIONSHIP WE PROCREATED (sic) THE MINOR ▮▮▮▮▮▮, IDENTIFIED WITH THE NUIP. ▮▮▮▮▮▮ OF BUENAVENTURA, AND THAT THEY ARE ECONOMICALLY DEPENDENT ON THEIR SPOUSE AND FATHER, ALSO MANIFESTED HE IS THE SON OF MRS. MARIA DEL CARMEN RODRIGUEZ ALEGRIA, WITH CC# (sic) ▮▮▮▮▮▮ OF Buenaventura and like his spouse and son he also supports his mother and they all economically depend on Mr. DIEGO.

THAT IS ALL. **Note: The information provided by means of this statement relates to true facts, in case of any discrepancies, the declarant accepts any possible responsibility there may be "read your statement well".** FEES 12,700, IVA (sic) $2,413, RESOLUTION 0691 OF JANUARY 24, 2019. THIS STATEMENT IS ISSUED FOR THE INTERESTED PARTY'S USE.– THAT IS ALL.

Signed illegible    Stamp of a fingerprint
**HUBERT MANTILLA**
CCNo. ▮▮▮▮▮▮▮ OF BUENAVENTURA

                                          Signed illegible on a stamped seal with illegible legend.
                                          JORGE HERNANDO PINTO CASTAÑEDA
                                          SECOND NOTARY (E)