DEPARTMENT OF VALLE
## THIRD NOTARY
CIRCLE OF BUENAVENTURA

EXTRA-PROCEDURAL STATEMENT.- No.408

IN THE CITY OF BUENAVENTURA, DEPARTMENT OF VALLE DEL CAUCA, REPUBLIC OF COLOMBIA, ON THE TENTH **(10) DAY OF THE MONTH OF SEPTEMBER** OF THE YEAR TWO THOUSAND TWENTY (2,020), BEFORE ME, **DURIEN RAYO NOREÑA,** THIRD NOTARY OF THE CIRCLE OF BUENAVENTURA, APPEARED **ARNOLIO ARBOLEDA AND JAIME PONCE ARBOLEDA,** WITH THE INTENT TO MAKE A STATEMENT FOR PRIVATE PURPOSES OF THEIR OWN, WHICH THEY DO UNDER OATH, PURSUANT TO DECREE 1557 OF JULY 14, 1.089, AWARE OF THE PROVISIONS OF DECREE 2,150 OF 1995, AND SAID:

I AM OF LEGAL AGE AND A RESIDENT IN BUENAVENTURA **********************************************
RESIDING AT: CRISTOBAL COLON NEIGRBORHOOD RESPECTIVELY **************************************
OF MARITAL STATUS: COMMON LAW PARTERSHIP ****************************************************
IDENTIFIED WITH CITIZENSHIP ID CARDS No.: ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ OF BUENAVENTURA *******
OCCUPATION: MERCHANTS ********************************************************************
WE DECLARE: <u>FIRST:</u> That all the statements we provide in this document are rendered under oath and being aware of the legal implications that perjury carries. <u>SECOND:</u> That we do not have any sort of impediment to render these sworn statements, which we provide under our exclusive responsibility. <u>THIRD:</u> That the statements provided herein are made spontaneously, free of any pressure and refer to facts that we can attest to in good faith because we have personal knowledge of them and they will not be subject to any future changes or modifications once uttered here, and we declare: **that we personally know, have seen and have had communication with Mr. DIEGO HUMBERTO RODRIGUEZ, identified with citizenship ID card number** ▮▮▮▮▮▮▮ **of Buenaventura, since over 5 years and we know that he is the permanent partner of Mrs. CARMEN JOHANA CANDELO CUERO, with cc#** ▮▮▮▮▮▮▮ **of Btura (sic), and they have procreated the minor** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮**. Also Mr. DIEGO is the son of Mrs. MARIA DEL CARMEN RODRIGUEZ ALEGRIA, with cc3 (sic)** ▮▮▮▮▮▮▮ **of btura (sic), and that all of them are economically dependent on their spouse, father and son.. Etc. – THIS STATEMENT IS ISSUED FOR THE INTERESTED PARTY'S USE. –** 13,600.oo IVA (SIC) $2,584 Resolution 01299 of February 11, 2020.

**PERSONS MAKING THE STATEMENT:**

Signed illegible   stamp of a fingerprint
**ARNOLIO ARBOLEDA**
C.C No. ▮▮▮▮▮▮▮ OF BUENAVENTURA

Signed illegible     stamp of a fingerprint
**JAIME PONCE ARBOLEDA**
**CC No.** ▮▮▮▮▮▮▮▮ **OF BUENAVENTURA**


A partial stamped seal and signature appear, both illegible.