DEPARTMENT OF VALLE

# THIRD NOTARY

CIRCLE OF BUENAVENTURA

EXTRA–PROCEDURAL STATEMENT.– No.409

IN THE CITY OF BUENAVENTURA, DEPARTMENT OF VALLE DEL CAUCA, REPUBLIC OF COLOMBIA, ON THE **TENTH (10) DAY OF THE MONTH OF SEPTEMBER** OF THE YEAR TWO THOUSAND TWENTY (2,020), BEFORE ME, **DURIEN RAYO NOREŇA,** THIRD NOTARY OF THE CIRCLE OF BUENAVENTURA, APPEARED FRANCISFSCO TEJERO ZEA AND **VICTOR SINISTERRA,** WITH THE INTENT TO MAKE A STATEMENT FOR PRIVATE PURPOSES OF THEIR OWN, WHICH THEY DO UNDER OATH, PURSUANT TO DECREE 1557 OF JULY 14, 1.089, AWARE OF THE PROVISIONS OF DECREE 2,150 OF 1995, AND SAID:

I AM OF LEGAL AGE AND A RESIDENT IN BUENAVENTURA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RESIDING AT: ORIENTE NEIGRBORHOOD RESPECTIVELY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
OF MARITAL STATUS: COMMON LAW PARTERSHIP \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IDENTIFIED WITH CITIZENSHIP ID CARDS ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ OF BUENAVENTURA \*\*\*\*\*\*\*\*
OCCUPATION: MERCHANTS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
WE DECLARE: <u>**FIRST:**</u> That all the statements we provide in this document are rendered under oath and being aware of the legal implications that perjury carries. <u>**SECOND:**</u> That we do not have any sort of impediment to render these sworn statements, which we provide solely under our responsibility. <u>**THIRD:**</u> That the statements provided herein are made spontaneously, free of any pressure and refer to facts that we can attest to in good faith because we have personal knowledge of them and they will not be subject to any future changes or modifications once made, and we declare: **that we personally know and have had communication with Mr. DIEGO HUMBERTO RODRIGUEZ, identified with citizenship ID card number ▮▮▮▮▮▮▮▮▮▮ of Buenaventura, since over 5 years and we know that he is the permanent partner of Mrs. CARMEN JOHANA CANDELO CUERO, with ▮▮▮▮▮▮▮▮▮▮▮▮ of Btura (sic), and they have procreated the minor JUAN JOSE RODRIGUEZ CANDELO. Also, Mr. DIEGO is the son of Mrs. MARIA DEL CARMEN RODRIGUEZ ALEGRIA, with ▮▮▮▮▮▮▮▮▮▮▮ of btura (sic), and that all of them are economically dependent on their spouse, father and son. We also declare that mister DIEGO HUMBERTO RODRIGUEZ, enjoys all the friendship of the community, and of the ORIENTE neighborhood which is the reason why we declare of (sic) is an excellent person to his family as well as to all the dwellers of the neighborhood, Etc. – THIS STATEMENT IS ISSUED FOR THE INTERESTED PARTY'S USE.** ▮▮▮▮▮▮ **IVA (SIC) $2,584 Resolution 01299 of February 11, 2020.**

Signed illegible    stamp of a fingerprint
**FRANCISCO TEJERO ZEA**
▮▮▮▮▮▮▮▮▮▮▮▮▮ **OF BUENAVENTURA**

Signed illegible        stamp of a fingerprint

**VICTOR SINSTERRA**

████████████ **OF BUENAVENTURA**


THE NOTARY

DURIEN RAYO NOREŇA
A partial stamped seal and signature appear, both illegible.